IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| 1960 FAMILY PRACTICE, PA | § | CASE NO. 20-35493 |
|     DEBTOR | § | (Chapter 7) |
| | § | |
| | § | |
| EVA S. ENGELHART, CHAPTER 7 | § | |
| TRUSTEE | § | |
| | § | |
| PLAINTIFF | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO. 21-3906 |
| HUONG LE, EXPRESS SPECIALTY | § | |
| PHARMACY, LLC, ALLERGY OF | § | |
| TEXAS PLLC, AND PHYSICIANS | § | |
| ALLIANCE OF RED OAK, LP | | |
|     DEFENDANTS | | |

### AMENDED PLAINTIFF'S RULE 26(A) INITIAL DISCLOSURES

1.    **Rule 26(a)(1)(A)(i).**  Plaintiff believes at present the following individuals have discoverable information about the subject matter of this litigation and may provide testimony that Plaintiffs may use for support in this case:

| NAME | CONTACT INFORMATION | SUBJECT MATTER |
|---|---|---|
| EVA S. ENGELHART | c/o Miriam Goott<br>mgoott@walkerandpatterson.com<br>Walker & Patterson, PC<br>P.O. Box 61301<br>Houston, Texas 77208<br>713.956.5577 | Allegations contained in complaint, damages including attorney's fees and costs. |
| MIRIAM GOOTT AND/OR | P.O. Box 61301<br>Houston, TX 77208<br>713.956.5577 | Attorney's fees and costs accrued in this litigation. |

1

| JOHNIE PATTERSON | mgoott@walkerandpatterson.com | |
|---|---|---|
| DR. HUONG LE | c/o Aaron J. Power Porter Hedges LLP 1000 Main Street, 36th Floor Houston, Texas 77002 713-226-6631 | Allegations contained in the complaint and defenses raised in Answer. In addition her relationship to entities and her financial condition contained in her personal financial statement previously produced to her counsel. |
| UMMC | Corporate Representative of Doctors Hospital 1997, LP d/b/a UMMC c/o Will Haddock Pendergraft & Simon LLP 2777 Allen Parkway, #800 Houston, TX 77019 713-528-8555 | Allegations contained in the complaint, including the terms of the APA, and related negotiations. |
| Ravi Mallapuram | c/o Will Haddock Pendergraft & Simon LLP 2777 Allen Parkway, #800 Houston, TX 77019 713-528-8555 | Allegations contained in the complaint, including the terms of the APA, and related negotiations. |
| Stacy Williams | c/o Aaron J. Power Porter Hedges LLP 1000 Main Street, 36th Floor Houston, Texas 77002 713-226-6631 | Allegations contained in the complaint and defenses raised in Answer, including transfers of funds and directions given to her by Dr. Le. |
| Patricia McConnell | c/o Aaron J. Power Porter Hedges LLP 1000 Main Street, 36th Floor Houston, Texas 77002 713-226-6631 | Allegations contained in the complaint and defenses raised in Answer, including transfers of funds, directions given to her by Dr. Le. Conversations had with DeLagarza. |
| Hemant Khemka | The Larkin Group 6800 West Loop South, Suite 300 Bellaire, TX 77401 713-838-0800 hkhemka@larkingroup.com | Allegations contained in the complaint and defenses raised in Answer, including transfers of property. |
| Dan de la Garza | dandlgmm@gmail.com | Allegations contained in the complaint and defenses raised in Answer, including Dr. Le's actions/promises in transferring debtor's assets, as well as offer to purchase the pharmacy. |
| MARY MCKINNEY | mary@tricountypharmacy.com 936-247-5050 | |

| | | |
|---|---|---|
| RON SOMMERS | Nathan Sommers Jacobs<br>2800 Post Oak Blvd<br>61st Floor<br>Houston, TX 77056<br>713-892-4800 | Communications with the Debtor regarding allegations in the complaint. Communications with the Trustee regarding the allegations contained in the complaint. |
| JULIA VALDEZ<br>713-624-2716 | Contact info to be amended once received. | Allegations contained in the complaint and defenses raised in Answer, including Dr. Le's actions/promises in transferring debtor's assets, as well as pharmacy matters, lease related to the pharmacy. |
| MINH CHI NGUYEN | 50 Palmer Crest<br>Woodlands, TX 77381 | Allegations contained in the complaint and defenses raised in Answer, including MOU between Bellwellness Pharmacy, LLC and Express Specialty Pharmacy, Dr. Nguyen, Dr. M. C. Nguyen. |
| ARIN TIJERINA | Contact info to be amended once received. | Allegations contained in the complaint and defenses raised in Answer. |
| MICHELE NGUYEN | Contact info to be amended once received. | Allegations contained in the complaint and defenses raised in Answer, including signing of narcotics invoices. |
| PATRICIA | Contact info to be amended once received. | Former employee who has information regarding the pharmacy. |
| YASCADA | Contact info to be amended once received. | Technician was a tech that had discussion and received instructions from Dr. Le. |
| MICHAEL NGUYEN | Physicians Alliance of Red Oak, LP<br>c/o Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>1415 Louisiana, 36th Floor<br>Houston, Texas 77002<br>713-220-9165 | Allegations contained in the complaint and defenses raised in Answer. |

| ALLERGY OF TEXAS PLLC | c/o Aaron J. Power Porter Hedges LLP 1000 Main Street, 36th Floor Houston, Texas 77002 713-226-6631 | Allegations contained in the complaint and defenses raised in Answer. |
|---|---|---|
| EXPRESS SPECIALTY PHARMACY, LLC | c/o Will Haddock Pendergraft & Simon LLP 2777 Allen Parkway, #800 Houston, Texas 77019 713-528-8555 | Allegations contained in the complaint and defenses raised in Answer. |
| JAMES POPE | | Communications with Debtor re allegations in complaint. |
| PHYSICIANS ALLIANCE OF RED OAK | Physicians Alliance of Red Oak, LP c/o Michael J. Durrschmidt Hirsch & Westheimer, P.C. 1415 Louisiana, 36th Floor Houston, Texas 77002 713-220-9165 | Allegations contained in the complaint and defenses raised in Answer. |
| MICHAEL J. DURRSCHMIDT KIM LEWINSKI | Hirsch & Westheimer, P.C. 1415 Louisiana, 36th Floor Houston, Texas 77002 713-223-5181 | Allegations contained in the complaint and defenses raised in Answer. |
| DR. LE'S DAUGHTER, SON AND SON-IN-LAW | c/o Aaron J. Power Porter Hedges LLP 1000 Main Street, 36th Floor Houston, Texas 77002 713-226-6631 | Allegations contained in the complaint and defenses raised in Answer. |
| DAVID ELLENT, MD | c/o Ashish Mehundru Phone: 713-571-1519 Fax: 713-651-0776 Email: amahendru@thelitigationgroup.com | Prior offer to purchase the Debtor |

2.  **Rule 26(a)(1)(A)(ii)**. Plaintiffs' description by category of its Rule 26(a)(1)(A)(ii) disclosures: All documents subject to disclosure under this provision will be voluntarily provided to the Defendants upon request.

3.  **Rule 26(a)(1)(A)(iii)**. Plaintiff will seek actual damages from the Defendants, plus attorney fees and costs incurred in the prosecution of this adversary proceeding. Total attorney fees and costs are unknown at this point, but time records are kept by counsel and will be provided prior to trial.

4. **Rule 26(a)(1)(A)(iv)**. Plaintiff is unaware of any insurance policies relevant to the pending litigation.

5. **Rule 26(a)(2)**. Plaintiff intends on using expert testimony at trial regarding the value of the Debtor's business and damages. Plaintiff intends on using John Baumgartner and his team at Grant Thornton to provide expert testimony regarding valuation of the assets transferred and damages sustained by the Debtor.

Dated: June 14, 2022.

                                                  Respectfully submitted,

                                                  */s/ Miriam Goott*
                                                  Miriam Goott
                                                  SBN:  24048846
                                                  P.O. Box 61301
                                                  Houston, Texas 77208
                                                  713.956.5577
                                                  **COUNSEL FOR TRUSTEE**