## WITNESS AND EXHIBIT LIST

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF TEXAS**<br>**HOUSTON DIVISION** ||
| Main Case No: 20-35493 | Name of Debtor: **1960 Family Practice, PA** |
| Adversary No: 21-3906 | Style Of Adversary: **Engelhart v. Le, et al.** |
| | |
| Witnesses: | |
| **Eva S. Engelhart** | Judge: **Rodriguez** |
| **Miriam Goott** | |
| **Johnie Patterson** | Hearing Date: **June 23, 2022** |
| **Rebuttal/ Impeachment Witnesses** | Hearing Time: **11:30 am** |
| | Party's Name: **Eva S. Engelhart** |
| | Attorney's Name: **Johnie Patterson/Miriam Goott** |
| | Attorney's Phone: **713.956.5577** |
| | Nature of Proceeding: *Order Setting Hearing on Agreed Order Extending Deadlines* |
| | |
| | |

### EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| | ***Rebuttal/Impeachment Exhibits*** | | | | |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |