IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| 1960 FAMILY PRACTICE, PA | § | |
| | § | CASE NO.    20-35493 |
| DEBTOR | § | |
| | § | |
| EVA S. ENGELHART, CHAPTER 7 | § | |
| TRUSTEE | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | ADVERSARY NO.  21-3906 |
| HUONG LE, EXPRESS SPECIALTY | § | |
| PHARMACY, LLC, ALLERGY OF | § | |
| TEXAS PLLC, PHYSICIANS | § | |
| ALLIANCE OF RED OAK, LP, HUONG | § | |
| LE AS PERSONAL REPRESENTATIVE | § | |
| FOR MINH NGUYEN, WOODLANDS | § | |
| IMAGING, LP, VIVENTI MED, LLC, | § | |
| AND TEXAS RADIOLOGY | § | |
| ASSOCIATES, PA. | § | |
| | § | |
| DEFENDANTS | § | |
| Defendants. | § | |

### CHAPTER 7 TRUSTEE'S MOTION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Eva S. Engelhart, Chapter 7 Trustee for the estate of 1960 Family Practice, PA (the "**Trustee**"), files this *Motion to Dismiss Adversary with Prejudice,* and respectfully shows the Court as follows:

**Relevant Facts**

1. On November 9, 2020, 1960 Family Practice, PA filed a Chapter 7 bankruptcy case ("**Bankruptcy Case**").

2. Eva S. Engelhart was appointed to serve as the Chapter 7 Trustee (the, "**Trustee**").

3. On September 7, 2021, the Trustee filed an Adversary Proceeding (Case No. 21-03906) against Dr. Huong Le and the following defendants (the "**Adversary**"):

   a. Minh Nguyen (Dr. Le's husband);

   b. Allergy of Texas PLLC ("**AOT**");

   c. Woodlands Imaging, LP ("**Woodlands**");

   d. Viventi Med, LLC ("**Viventi**");

   e. Texas Radiology Associates ("**TRA**");

   f. Physicians Alliance of Red Oak ("**PARO**"); and

   g. Express Specialty Pharmacy, LLC ("**ESP**").

4. Collectively, Dr. Le, Dr. Le as Representative for Dr. Nguyen, AOT, Woodlands, Viventi, and TRA are referred to as "**The Defendants**".

5. Collectively, The Defendants and the Trustee are referred to as "**The Parties**."

6. On October 20, 2023, the Trustee reached a settlement agreement with the Defendants **("Settlement Agreement").**

7. On November 2, 2023, the Trustee filed an Amended Motion to Compromise Controversy with the Defendants and asked the Court to approve the Settlement Agreement (**"9019 Motion"**).

8. On December 15, 2023, the Court entered an Order granting the Trustee's 9019 Motion which resolved all of the claims raised in the Adversary (**"9019 Order"**) *(See Exhibit A)*.

9. Pursuant to the Settlement Agreement, the Trustee was required to file a motion to Dismiss the Adversary against the Defendants after obtaining approval of the 9019 Motion.

10. Although Express Specialty Pharmacy ("**ESP**") was not a party to the Settlement Agreement, the Trustee seeks dismissal of the entire Adversary, including the pending claims

against ESP.

11.     ESP is the only defendant that is not owned, operated or controlled by Dr. Le. Furthermore, ESP is currently unrepresented by counsel as their counsel recently withdrew.  The Trustee previously attempted to settle the Estate's claims against ESP and was unsuccessful.  The Trustee no longer intends to pursue its claims against ESP as it is no longer operating and the Settlement Agreement provided the estate with sufficient funds to pay all of the unsecured creditors and administrative claims in full. On December 27, 2023, ESP asserted that they do not oppose dismissal of the Adversary. *(See Exhibit B)*

12.     Therefore, the Trustee respectfully requests that the Court dismiss the Adversary with prejudice.


Dated: <u>January 2, 2024</u>.


## CERTIFICATE OF SERVICE AND CONFERENCE

I, Miriam Goott, hereby certify that I emailed a copy of the Motion to Defendants on January 2, 2023 via their counsel of record, Matthew Probus. I further certify that a copy of this motion was also served on Express Specialty Pharmacy via Mr. Mohiuddin and Mr. Mallapuram at the following email addresses:  syed@ummc.care and mallapruam@gmail.com. I further certify that prior to filing this motion, all Defendants responded asserting that they do not oppose the relief requested in the motion.

By:  */s/ Miriam Goott*
Miriam Goott